IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOSE A. RODRIGUEZ-LESPIER<br>2) ROLANDO NATAL-SABATER<br>3) RENE RAMIREZ-ALZAMORA<br>4) RUBEN FERNANDEZ-LOPEZ<br>5) MANUEL PEREZ-HUERTAS<br>6) MAGALI L. FERNANDEZ-LOPEZ<br>7) MELISSA MADERA-LABOY<br>8) CARLOS D. MARTINEZ-MENDOZA<br>9) ERIC C. GONZALEZ-MELENDEZ<br>10) WILFREDO LOPEZ-MARTINEZ<br>11) CARLOS RIVERA-VELAZQUEZ<br>12) CRISTOBAL MUÑOZ-GARCIA<br>13) JOSE M. ALBIZU-RIVERA<br>14) JUAN M. LOPEZ-COLON<br>15) JOSE A. COSME-MALDONADO<br>16) RUFINO COLON-PEREZ<br>17) MARIA L. COLON-VEGA<br>18) EDWIN GARCIA-RIOS<br>19) WILLIAM FLORES-LESPIER<br>20) RAFAEL IRIZARRY-SANTOS<br>21) WILLIAM ROSADO-GUZMAN<br>22) NIURKA M. MUÑOZ-GOMEZ<br>23) JOSE M. GOMEZ-ZALDO<br>**24) CARLOS R. RODRIGUEZ-VEGA**<br>25) SANTOS R. MONTES-MONTALVO<br>26) SOTERO GONZALEZ-LOPEZ<br>27) FELIX MALDONADO-RIOS<br>28) ERIC HIRAM GONZALEZ-CHACON<br>29) JOSE M. FELICIANO-RIVERA<br>30) JOSE E. LOPEZ-MIRANDA<br>31) MELVIN J. OJEDA-VAZQUEZ<br>32) JAVIER O. PEREZ-HERNANDEZ<br>33) GUSTAVO A. VELEZ-OQUENDO<br>34) LORIMAR SANTIAGO-RODRIGUEZ<br>Defendants | CRIMINAL 10-0412CCC |

**ORDER**

Having considered the Report and Recommendation filed on July 19, 2013 (**docket entry 1258**) on a Rule 11 proceeding of defendant Carlos R. Rodríguez-Vega (24) held before U.S. Magistrate Judge Marcos E. López on July 17, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.

CRIMINAL 10-0412CCC                              2

The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 17, 2013.  The **sentencing hearing is set for October 30, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 5, 2013.


                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge